GEORGE L. BOARDMAN et al., Appellants, *v.* CHARLES F. HITCHCOCK et al., as Executors and Trustees under the Will of ANNIE E. MCKENZIE, Deceased, et al., Respondents.

*Boardman* v. *Hitchcock.*, 136 App. Div. 253, affirmed.
(Argued June 6, 1911; decided June 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 20, 1910, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action for the construction of a will.

*Stewart F. Hancock* for appellants.

*E. W. Hamm* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.